Magistrate Judge Tsuchida

FILED ENTERED
LODGED RECEIVED

OCT 08 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELBERT WHETSTONE,<br><br>Defendant. | NO. MJ10-0421<br><br>MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    \_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    \_\_ Crime with a maximum sentence of life imprisonment or death

    \_\_ Drug offense with a maximum sentence of ten years or more

    \_\_ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    \_\_ Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/WHETSTONE - 1
MJ10-0421

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |     | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
|---|-----|---|
|   | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
|   | _X_ | Serious risk the defendant will flee |
|   | ___ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    ___    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___    Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

    ___    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//
//
//
//
//

MOTION FOR DETENTION
ORDER/WHETSTONE - 2
MJ10-0421

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

    \_\_ At the initial appearance

    _X_ After continuance of __3__ days (not more than 3)

5. <u>Other matters</u>

DATED this __8th__ day of __October__, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

MARK PARRENT
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/WHETSTONE - 3
MJ10-0421

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970